UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOYD R. ANDERSON, | ) | CV F- 03-6250 AWI DLB P |
| Plaintiff, | ) | ORDER RE AMENDED COMPLAINT |
| v. | ) | |
| J.M. MATTINGLY, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On October 7, 2003, the Court dismissed plaintiff's complaint and granted plaintiff leave to file an amended complaint. While the docket indicates that plaintiff filed an amended complaint as ordered, the amended complaint is not in the Court's file.

Should plaintiff wish to pursue this action, plaintiff is hereby ordered to submit a copy of the amended complaint previously submitted within 30 days of this Order. In the alternative, plaintiff may submit a new amended complaint. Failure to respond to this Order will be construed by the Court as plaintiff's indication that he no longer wishes to pursue this action and the Court will recommend dismissal.

1   IT IS SO ORDERED.

2   **Dated:   September 28, 2007**             /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE